# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam    Date: December 16, 2009
Court Reporter: Janet Coppock
Probation Officer: Grant Hanson

Criminal Action No.: 08-cr-00122-JLK

*Parties:*                                *Counsel:*

UNITED STATES OF AMERICA,                 Wayne Campbell

    Plaintiff,

v.

1.   ELLENA TANYA LOPEZ,                  Frances E. Simonet

    Defendant.

## SENTENCING MINUTES

**3:05 p.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing:** June 12, 2009.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Defendant's Response To Presentence Report And Motion To Strike (Filed 11/2/09; Doc. No. 249) is DENIED.**

**ORDERED:   Ellena Lopez's Sentencing Statement And Request For Non-**

*08-cr-00122-JLK-1*
*Sentencing*
*December 16, 2009*

**Guideline Sentence Pursuant To 18 U.S.C. §3553(a) (Filed 12-4-09; Doc. No. 259) is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of **86 months**.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

2

*08-cr-00122-JLK-1*
*Sentencing*
*December 16, 2009*

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:46 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 41 minutes