IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-122-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    ELLENA TANYA LOPEZ,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The government shall respond to the Motion to Reduce Sentence (doc. #272), filed September 15, 2010, on or before October 5, 2010.

Dated: September 16, 2010