IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-122-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1. ELLENA TANYA LOPEZ,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on Defendant's Motion to Reduce Sentence (doc. #272), filed September 14, 2010. I have reviewed the motion and the government's response in opposition. For the reasons set forth in the government's response, the motion is **DENIED.**

Dated this 6th day of October, 2010.

                                      BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, Senior Judge
                                      United States District Court